JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AVILLA,<br><br>                            Plaintiff,<br><br>   v.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>                            Defendant. | Case No. 2:16-cv-09232-JFW-RAOx<br><br>**ORDER STAYING ACTION PENDING ARBITRATION**<br><br>United States District Judge John F. Walter<br><br>**Action Filed:** December 14, 2016 |

      Upon the stipulation of the parties and good cause appearing, it is hereby ordered that:

      Pursuant to 9 U.S.C. § 3, all proceedings before this Court are stayed during the pendency of the parties' arbitration.  All matters scheduled before this Court are hereby taken off-calendar.

      The parties shall file a Joint Status Report apprising the Court of the status of this matter on or before June 26, 2017.

      The Clerk shall close this action.

      IT IS SO ORDERED.

DATED:  February 23, 2017                            _____
                                                                   Hon. John F. Walter